IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD BUTLER, )
)
    Plaintiff, )
)
vs. ) Case No.: 4:18-cv-00035
)
CHATHAM COUNTY, GEORGIA, )
And JOHN DOES 1-3, )
)
    Defendants. )
)

## MODIFIED SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b) and the Local Rules of this Court, the Court imposes the following modified deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUED JOINED | February 22, 2018 |
| DATE OF RULE 26(f) CONFERENCE | April 18, 2018 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES | 30 days from date all officers/jailers involved in Plaintiff's handling are identified by Defendant |
| RULE 26(a)(1) DISCLOSURES TO BE MADE | May 18, 2018 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | June 18, 2018 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | July 18, 2018 |
| JOINT STATUS REPORT DUE | July 18, 2018 |
| CLOSE OF FACTUAL DISCOVERY | September 11, 2018 |

| | |
|---|---|
| CLOSE OF EXPERT DISCOVERY | November 10, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS but EXCLUDING MOTIONS IN LIMINE [30 DAYS AFTER CLOSE OF DISCOVERY] | October 11, 2018 |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

SO ORDERED this 16th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA